2018R001138/JMM

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

FILED

MAR 2 7 2025

AT 8:30 _1:48 p.m_ M QA
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. (CCC) |
| | : | |
| v. | : | Crim. No. 25- 180 |
| | : | |
| GAFUR ABDUDZHAMILOVICH ALIEV | : | <u>Count One</u> |
| | : | 18 U.S.C. § 1546(a) |
| | : | |
| | : | <u>Count Two</u> |
| | : | 18 U.S.C. § 1621(2) |

**I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting in Newark,

charges:

**COUNT ONE**
(False Statement on Application for Naturalization)

On or about December 26, 2020, in the District of New Jersey and elsewhere,

the defendant,

GAFUR ABDUDZHAMILOVICH ALIEV,

knowingly made, under penalty of perjury, and knowingly subscribed as true, a

false statement with respect to material facts in an Application for Naturalization,

Form N-400, by stating "no" to Question 10(C) under Part 12 that asked, "have you

EVER been a member of, or in any way associated (either directly or indirectly)

with: . . . [a] terrorist organization," which statement the defendant then and there

knew was false, in that:

a.    between at least in or around January 2018 to at least in or around

January 2020, the defendant served as a moderator and/or member of

numerous channels on a social media application with encryption features that targeted members, associates, supporters, and potential recruits of the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times, was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act;

b.    on or about August 7, 2020, the defendant told Individual-1, in substance, that he previously sent money to ISIS for the purchase of weapons;

c.    on or about August 16, 2020, the defendant additionally told Individual-1, in substance, that sending even a small amount of money ($100 to $400) to ISIS was "ok"; and

d.    on or about September 28, 2020, the defendant further told Individual-1, in substance, that those who commit jihad in the name of Allah should commit jihad financially and physically and that without financial support, jihad could not be performed, as money was needed to purchase equipment to conduct jihad.

In violation of Title 18, United States Code, Section 1546(a).

2

## COUNT TWO
(Perjury)

On or about December 26, 2020, in the District of New Jersey and elsewhere, the defendant,

GAFUR ABDUDZHAMILOVICH ALIEV,

willfully, in a statement in an Application for Naturalization, Form N-400, under penalty of perjury, subscribed as true, material matters which he did not believe to be true, by stating "no" to Question 10(C) under Part 12 that asked, "[h]ave you EVER been a member of, or in any way associated (either directly or indirectly) with: . . . [a] terrorist organization," which statement the defendant then and there knew was false, in that:

a.      between at least in or around January 2018 to at least in or around January 2020, the defendant served as a moderator and/or member of numerous channels on a social media application with encryption features that targeted members, associates, supporters, and potential recruits of the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times, was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act;

b.      on or about August 7, 2020, the defendant told Individual-1, in substance, that he previously sent money to ISIS for the purchase of weapons;

3

c.    on or about August 16, 2020, the defendant additionally told

Individual-1, in substance, that sending even a small amount of money

($100 to $400) to ISIS was "ok"; and

d.    on or about September 28, 2020, the defendant further told

Individual-1, in substance, that those who commit jihad in the

name of Allah should commit jihad financially and physically and that

without financial support, jihad could not be performed, as money was

needed to purchase equipment to conduct jihad.

In violation of Title 18, United States Code, Section 1621(2).

A TRUE BILL

_____
JOHN GIORDANO
United States Attorney

CASE NUMBER: ___25-180 (CCC)___

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

### v.

## GAFUR ABDUDZHAMILOVICH ALIEV

# INDICTMENT FOR

### 18 U.S.C. § 1546
### 18 U.S.C. § 1621(2)

A True Bill

*Foreperson*

## JOHN GIORDANO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

JOYCE M. MALLIET
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973.645.2876